NOTE:  This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2008-3258

ROBERT J. SARHAN,

Petitioner,

v.

DEPARTMENT OF JUSTICE,

Respondent.


Samuel B. Reiner, II, Reiner & Reiner, P.A., of Miami, Florida, argued for petitioner.

Anuj Vohra, Trial Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for respondent.  With her on the brief were Jeanne E. Davidson, Director, and Todd M. Hughes, Deputy Director.  Of counsel on the brief was Kenneth W. Bork, Attorney, Federal Bureau of Prisons, Office of the General Counsel, United States Department of Justice, of Washington, DC.

Appealed from:  Merit Systems Protection Board

NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2008-3258

ROBERT J. SARHAN,

Petitioner,

v.

DEPARTMENT OF JUSTICE,

Respondent.

# Judgment

ON APPEAL from the     MERIT SYSTEMS PROTECTION BOARD

in CASE NO(S).     AT0752070789-I-1

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

Per Curiam (NEWMAN, LOURIE, and SCHALL, <u>Circuit Judges</u>).

AFFIRMED. <u>See</u> Fed. Cir. R. 36.

ENTERED BY ORDER OF THE COURT

DATED <u>May 19, 2009</u>          /s/ Jan Horbaly
                              Jan Horbaly, Clerk